UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIA BEAUTY, INC., <br><br> Defendant. | Civil Action No. 1:09-CV-11081-NMG |

### AFFIDAVIT OF RAPHAEL V. LUPO

I, Raphael V. Lupo, certify that:

1. I am a member of the Bar of the District of Columbia and the Commonwealth of Virginia. I am admitted to practice in the United States District Court for the District of Columbia and the United States District Court for the Eastern District of Virginia. I have also been admitted in the past Pro Hac Vice before the U.S. District Court, District of Massachusetts.

2. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify the foregoing is correct under penalty of perjury.

July 20, 2009

_____
Raphael V. Lupo (Va. Bar # 05008)
rlupo@mwe.com
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC  20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087